THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP ZOLT, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

SOPHIE KOHN, Appellant, v. MORRIS FEDER, Respondent, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

HARRY BRENNER, Appellant, v. SAMUEL STRASBOURGER and MAX L. SCHALLEK, Doing Business as STRASBOURGER & SCHALLEK, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

RUSSELL G. STIDOLPH and GUSTAVE R. SCHMELZER, Respondents, Appellants, v. JILL BROTHERS, INCORPORATED, Appellant, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

ELLEN MESSER MCDONALD, Appellant, v. JUILLIARD MCDONALD, Respondent.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

ANDREA POLO, Appellant, v. INTERNATIONAL TRUST COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ. [166 Misc. 398.]

1060 FIFTH AVENUE CORPORATION, Respondent, v. THEODORE B. LEWIS, Individually and as Trustee under Deed of Trust of DOROTHY LEWIS LOW, Dated December 21, 1937, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

EULA MARLENE RICH, Respondent, v. FREDDIE RICH, Appellant.— Judgment unanimously modified by reducing the alimony to the sum of $350 a month, and, as so modified, affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

WILLIAM H. HAMILTON, Appellant, v. WILLARD U. TAYLOR, Respondent, Impleaded with Another, Defendant, etc.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

NOBLE REALTY CORPORATION, Appellant, v. LAWRENCE, BLAKE & JEWELL, INC., and CONNOR LAWRENCE, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

LUCIEN LELONG, INC., Appellant, v. H. MOHR & COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ. [169 Misc. 560.]